UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS LOFTIS, | CASE NO. C26-0404JLR |
| Plaintiff, | ORDER |
| v. | |
| GLOVER, et al., | |
| Defendants. | |

## I.   INTRODUCTION

Before the court is United States Magistrate Judge Brian A. Tsuchida's April 1, 2026 report and recommendation, in which he recommends that the court dismiss *pro se* Plaintiff Nicholas Loftis' § 1983 complaint because Mr. Loftis did not file an amended complaint by March 30, 2026, as directed in the court's March 5, 2026 order granting leave to amend.  (R&R (Dkt. # 11); 3/5/26 Order (Dkt. # 7); Compl. (Dkt. # 1).)  No objections were filed.  (*See generally* Dkt.)  The court has considered the report and recommendation, the relevant portions of the record, and the governing law.  Being fully

ORDER - 1

advised, the court ADOPTS Magistrate Judge Tsuchida's report and recommendation and DISMISSES Mr. Loftis' complaint without prejudice.

## II.    ANALYSIS

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters.  Fed. R. Civ. P. 72(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis added).

Here, Mr. Loftis did not file any objections.  (*See generally* Dkt.)  The court has carefully reviewed the report and recommendation and agrees with Magistrate Judge Tsuchida's recommendations.  Therefore, the court ADOPTS Magistrate Judge Tsuchida's report and recommendation in full.

## III.    CONCLUSION

For the foregoing reasons, the court ADOPTS Magistrate Judge Tsuchida's report and recommendation (Dkt. # 11).  Accordingly, the court ORDERS as follows:

1.    Mr. Loftis' § 1983 complaint (Dkt. # 1), and this action, are DISMISSED without prejudice.

//

//

//

ORDER - 2

2.      The Clerk is DIRECTED to send copies of this order to Mr. Loftis and Magistrate Judge Tsuchida.


Dated this 20th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3